# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00102-CV

---

**Aspire Power Ventures, LP, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

---

### DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS
### PROJECT NUMBERS 52934, 54445, AND 54445

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This is a direct appeal of three orders of the Public Utility Commission. *See* Tex. Util. Code § 39.001(e), (f). The Commission has filed an opposed motion to abate this appeal pending the Texas Supreme Court's resolution of *Public Utility Commission of Texas v. RWE Renewables Americas, LLC*, No. 23-0555, on appeal from this Court's decision in *RWE Renewables Americas, LLC v. Pub. Util. Comm'n of Tex.*, 669 S.W.3d 566, 570 (Tex. App.—Austin 2023, pet. granted). Aspire Power Ventures filed a response opposing the motion. Aspire argues that *RWE Renewables* is binding precedent that we must apply unless and until the supreme court overturns it and that abatement is inconsistent with our obligation to decide these appeals expeditiously. *See* Tex. Util. Code § 39.001(f) ("The court of appeals shall hear and determine each appeal as expeditiously as possible with lawful precedence over other matters.").

After considering the motion and response, we grant the motion and abate the appeal. We direct the Commission to notify this Court of the supreme court's disposition of No. 23-055 within thirty days of the supreme court's opinion. Any party may file a motion to reinstate at that time.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated

Filed: May 3, 2024

2